PEOPLE ex rel. HOGSETT v. ROOSEVELT et al., Commissioners.

(Supreme Court, Appellate Division, First Department.   February 21, 1896.)

Certiorari by Thomas J. Hogsett to review the proceedings of Theodore
Roosevelt and others, commissioners of the police department of the city of
New York, resulting in the removal of relator from the police force of the
police department of said city.   Proceeding annulled.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY, WILLIAMS,
and PATTERSON, JJ.

Tierney & Halsey, for relator.
Francis M. Scott, for respondents.

BARRETT, J.   The questions in this case are the same as those in People
,v. Same Defendants, 37 N. Y. Supp. 488; and the result must be the same as
was reached there.

The proceedings had should be annulled, and the relator reinstated, with
$50 costs and disbursements.   All concur.